JOHN R. RUTLEDGE, JR. v. RICHARD GULIAN.

November 21, 1983.

Petition for certification denied.

EAGLE STAR INSURANCE COMPANY OF AMERICA v. CENTENNIAL INSURANCE COMPANY OF NEW YORK.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GONZALEZ.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF S.L.

November 21, 1983.

Petition for certification denied.